IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DONNIE L. STEWART, JR.                                              PLAINTIFF

v.                          Civil No. 07-5104

WASHINGTON COUNTY
CIRCUIT COURT, JUDICIAL
DISTRICT 4                                                          DEFENDANT

### ORDER

Donnie L. Stewart, Jr., currently an inmate of the Washington County Detention Center, has submitted for filing in this district a pro se civil rights action under 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint.

With his complaint, plaintiff submitted an *in forma pauperis* (IFP) application. However, he failed to provide the court with the second page of the IFP application. For this reason, **the clerk is directed send Stewart a blank IFP application**. Plaintiff is given until **June 26, 2007**, to either complete the entire IFP application including having detention center personnel complete the certificate portion of the IFP application and return the application to this court for review and filing or pay the $350 filing fee. **If the plaintiff fails to return the completed IFP application or pay the $350 filing fee by June 26, 2007, the complaint will become subject to summary dismissal for failure to obey an order of the court.**

IT IS SO ORDERED this 4 day of June 2007.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 06 2007

BY
      DEPUTY CLERK

-1-

AO72A
(Rev. 8/82)